# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, § § § § *Plaintiffs,* § § v. § § BIOSEARCH TECHNOLOGIES, INC., § BIO-SYNTHESIS, INC., and § EUROFINS MWG OPERON INC., § § *Defendants.* § § | CIVIL ACTION NO. 2:09-cv-00283  JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Cora L. Schmid, hereby enters her appearance as counsel of record on behalf of Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC, for purposes of receiving notices and orders from the Court.


Date: October 17, 2011                          Respectfully submitted,

                                                       */s/  Cora L. Schmid*
                                                Cora L. Schmid (California Bar No. 237267)
                                                HELIXIP LLP
                                                400 Seaport Court, Suite 105
                                                Redwood City, CA  94063-2799
                                                Tel:  (650) 241-0194
                                                Email:  cschmid@helixip.com

                                                *Attorney for Plaintiffs Life Technologies*
                                                *Corporation and Applied Biosystems, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 17th day of October, 2011.

/s/  Cora L. Schmid