IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | § § § § | |
| *Plaintiffs,* | § § | C. A. NO. 2:09-cv-00283-JRG |
| v. | § § | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC. *Defendants.* | § § § § § § | |

## UNOPPOSED PLAINTIFFS' MOTION TO WITHDRAW COUNSEL

Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC (hereinafter "Plaintiffs") file this Motion to Withdraw Counsel. In support of this Motion, Plaintiffs show the Court the following:

1. Vinson & Elkins L.L.P. will no longer act as counsel for Plaintiffs in this action. This includes the following attorneys who have appeared in the above-captioned case on behalf of Plaintiffs: Tracey B. Davies, Stephen M. Hash, Margaret J. Sampson, David K. Wooten, and Leisa Talbert Peschel.

2. Plaintiffs will continue to be represented by attorneys of record from: Krieg, Keller, Sloan, Reilley & Roman L.L.P.; Helix IP LLP; and Ireland, Carroll & Kelley, PC.

3. The withdrawal of Vinson & Elkins L.L.P. as counsel for Plaintiffs will not delay the proceedings in this matter.

4. Therefore, Plaintiffs request that this Motion to Withdraw Counsel be granted and that Tracey B. Davies, Stephen M. Hash, Margaret J. Sampson, David K. Wooten, and Leisa Talbert

Peschel be removed from the official service list in this case.

December 21, 2011                              Respectfully submitted,

                                               */s/ Leisa Talbert Peschel*
                                               Leisa Talbert Peschel(Texas Bar 24060414)
                                               David K. Wooten (Texas Bar 24033477)
                                               VINSON & ELKINS, LLP
                                               1001 Fannin Street, Suite 2500
                                               Houston, TX  77002-6760
                                               Tel:  (713) 758-2095
                                               Fax:  (713) 615-5936
                                               lpeschel@velaw.com
                                               dwooten@velaw.com

                                               Tracey B. Davies (Texas Bar 24001858)
                                               Stephen M. Hash (Texas Bar 24012800)
                                               VINSON & ELKINS, LLP
                                               The Terrace 7
                                               2801 Via Fortuna, Suite 100
                                               Austin, TX 78746-7568
                                               Tel:  (512) 542-8400
                                               Fax:  (512) 542-8612
                                               tdavies@velaw.com
                                               shash@velaw.com

                                               Margaret J. Sampson (Texas Bar 24027953)
                                               VINSON & ELKINS, LLP
                                               525 University Avenue
                                               Suite 410
                                               Palo Alto, CA 94301-1918
                                               Tel: (650) 617-8400
                                               Fax: (650) 618-1970
                                               msampson@velaw.com

                                               *Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), movant has contacted opposing counsel and no party opposes relief requested herein.

*/s/ Leisa Talbert Peschel*
Leisa Talbert Peschel

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 21st day of December, 2011.

*/s/ Leisa Talbert Peschel*
Leisa Talbert Peschel