DANIEL JOHNSON, JR. (SBN 57409)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com

Attorneys for Defendants
BIOSEARCH TECHNOLOGIES, INC. and
EUROFINS MWG OPERON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC., <br><br> Defendants. | Case No. C 12-00852 JSW <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

This is to notice that Winstol D. Carter, Jr.; Clay Erik Hawes; and Ira Claborn Rogers are withdrawing as counsel for Defendants Biosearch Technologies, Inc. ("Biosearch") and Eurofins MWG Operon Inc. ("Eurofins") as this case was transferred from the Eastern District of Texas to the Northern District of California. Messrs. Carter, Hawes and Rogers are affiliated with the Houston office of Morgan, Lewis & Bockius and are not admitted to this Court. It is further requested that their names be removed from any applicable service list and that the Clerk

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22985620.1

1

NOTICE OF WITHDRAWAL OF COUNSEL
C 12-00852 JSW

terminate the delivery of all CMECF notices addressed to wcarter@morganlewis.com, ehawes@morganlewis.com, and crogers@morganlewis.com in the above-captioned case. Withdrawal of counsel will not cause any prejudice to Biosearch and Eurofins as it will continue to be represented by Daniel Johnson, Jr. and Rita E. Tautkus of the law firm of Morgan, Lewis & Bockius LLP.

Dated: February 24, 2012               MORGAN, LEWIS & BOCKIUS LLP


By /s/ Daniel Johnson, Jr.
DANIEL JOHNSON, JR.
Attorneys for Defendants
BIOSEARCH TECHNOLOGIES, INC.
and EUROFINS MWG OPERON INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22985620.1

2

NOTICE OF WITHDRAWAL OF COUNSEL
C 12-00852 JSW