DANIEL JOHNSON, JR. (SBN 57409)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
E-mail:  djjohnson@morganlewis.com
E-mail:  rtautkus@morganlewis.com

Attorneys for Defendants
BIOSEARCH TECHNOLOGIES, INC. and
EUROFINS MWG OPERON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>Defendants. | Case No. C 12-00852 JSW<br><br>**NOTICE OF PRIOR ASSOCIATION WITH JUDGE WHITE** |

By court order dated February 23, 2012, this case was reassigned to the Honorable Jeffrey S. White for all further proceedings.  In an abundance of caution, defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc., wish to disclose a prior employment association between counsel of record and Judge White.  Rita Tautkus was associated with Orrick, Herrington & Sutcliffe LLP from April 1999-February 2005, and counsel of record on a litigation matter with Judge White from 2001-2002, while Judge White was a member of the

1 partnership of that Firm.

2     We do not believe that this prior association constitutes grounds for recusal; we merely

3 place it on the record at this time in the interest of candor.

4 Dated: February 24, 2012     MORGAN, LEWIS & BOCKIUS LLP

6     By /s/ Daniel Johnson, Jr.
7     DANIEL JOHNSON, JR.
    Attorneys for Defendants
8     BIOSEARCH TECHNOLOGIES, INC.
    and EUROFINS MWG OPERON INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22985149.1

2

NOTICE OF PRIOR ASSOCIATION WITH
JUDGE WHITE C 12-00852 JSW