Edward W. Goldstein (*Pro Hac Vice Admission Pending*)
egoldstein@gliplaw.com
Alisa Anne Lipski (State Bar No. 278710)
alipski@gliplaw.com
GOLDSTEIN & LIPSKI LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Telephone:     (713) 877-1515
Facsimile:      (713) 877-1145

Cora L. Schmid (State Bar No. 237267)
cschmid@helixip.com
HELIXIP LLP
400 Seaport Court, Suite 105
Redwood City, CA  94063-2799
Telephone:     (650) 241-0194
Facsimile:      (650) 362-1802

Katherine Nolan-Stevaux (State Bar No. 244950)
katherine.nolan-stevaux@lifetech.com
LIFE TECHNOLOGIES CORP.
850 Lincoln Centre Drive
Foster City, CA  94404
Telephone:     (650) 554-3584
Facsimile:      (650) 554-2885

*Attorneys for Plaintiffs Life Technologies Corp.
and Applied Biosystems, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>Defendants. | Case No.  3:12-cv-00852-JSW<br><br>**NOTICE OF APPEARANCE OF ALISA A. LIPSKI** |

Please take notice that the following attorney hereby enters an apperance in this matter as counsel for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC and consents to electronic service of all papers in this action:

Alisa A. Lipski

California State Bar No. 278710

Goldstein & Lipski, PLLC

1177 West Loop South, Suite 400

Houston, Texas 77027

Telephone: (713) 877-1515

Facsimile: (713) 877-1737

Email: alipski@gliplaw.com

Dated: February 27, 2012                    Respectfully submitted,


                                            */s/ Alisa A. Lipski*

Alisa A. Lipski (State Bar No. 278710)
alipski@gliplaw.com
GOLDSTEIN & LIPSKI LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1145

*Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 27, 2012, or, if not yet registered with the Court's CM/ECF system, via electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E). Any other counsel of record will be served by first class U.S. Mail.

*/s/ Alisa A. Lipski*
Alisa A. Lipski