IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC

    Plaintiff,

v.

BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON, INC.
    Defendant.

CASE NO. 3:12-cv-00852-JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Edward W. Goldstein, whose business address and telephone number is Goldstein & Lipski, PLLC, 1177 West Loop South, Suite 400, Houston, Texas 77027, 713-877-1515

and who is an active member in good standing of the bar of the Southern District of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2012

_____
United States District Judge