IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION, et al.,

    Plaintiffs,

v.

BIOSEARCH TECHNOLOGIES, INC., et al.,

    Defendants.

No. C 12-00852 JSW

**ORDER OF REFERRAL AND VACATING HEARING DATE**

Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for purposes of resolving all discovery disputes, including issuing Reports and Recommendations if required under the circumstances, in this matter, including the Motion for Sanctions for Violation of Protective Order, filed by Plaintiffs on February 27, 2012. The hearing date of April 27, 2012 before the undersigned is VACATED, but, unless otherwise ordered by the Magistrate Judge assigned to the case, the briefing schedule shall remain unchanged. If the parties have not received an assignment within fourteen (14) days of the date of this Order, they should contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 29, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk