1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  LIFE TECHNOLOGIES CORPORATION,        Case No.  3:12-cv-00852-JSW
    and APPLIED BIOSYSTEMS, LLC,
14                                        [~~PROPOSED~~] ORDER GRANTING
                   Plaintiffs,            PLAINTIFFS' ADMINISTRATIVE
15                                        MOTION TO FILE UNDER SEAL
           v.                             PURSUANT TO CIV. L.R. 79-5(b)
16

17  BIOSEARCH TECHNOLOGIES, INC.,
    BIO-SYNTHESIS, INC., and
18  EUROFINS MWG OPERON INC.,

19                 Defendants.

20

21          This Court, having considered Plaintiffs' Administrative Motion to File Under Seal

22  Pursuant to Civ. L.R. 79-5, and the Declaration of Cora L. Schmid in Support of the

23  Administrative Motion, hereby GRANTS Plaintiffs' Administrative Motion.

24          The following documents shall be filed under seal:

25      • Portions of Plaintiffs' Motion for Sanctions for Violation of Protective Order

26          ("Motion for Sanctions"), which are highlighted in the unredacted Motion for

27          Sanctions lodged with the Clerk of the Court.

28      • Portions of the Declaration of Cora L. Schmid in Support of Plaintiffs' Motion for

1    Sanctions for Violation of Protective Order, which are highlighted in the

2    unredacted Schmid Declaration lodged with the Clerk of the Court.

3    • The entirety of Exhibits H, I, J, O, P, Q, R, S, and X to the Schmid Declaration.

4    • Portions of the Declaration of Collin M. Maloney in Support of Plaintiffs' Motion

5    for Sanctions for Violation of Protective Order, which are highlighted in the

6    unredacted Maloney Declaration document lodged with the Clerk of the Court.

7    • The entirety of Exhibit A to the Maloney Declaration.

8    • Portions of the Declaration of Kenneth E. Keller in Support of Plaintiffs' Motion

9    for Sanctions for Violation of Protective Order, which are highlighted in the

10   unredacted Keller Declaration document lodged with the Clerk of the Court.

11   • The entirety of Exhibit A to the Keller Declaration.

12

13   IT IS SO ORDERED.

14

15   Dated: _____March 1_____, 2012



HONORABLE _____ WITH: Joseph C. Spero
DISTRICT _____ JUDGE
Magistrate

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMIN. MOTION TO SEAL