1    DANIEL JOHNSON, JR. (SBN 57409)
     RITA E. TAUTKUS (SBN 162090)
2    JOSEPH SONG (SBN 239494)
     MORGAN, LEWIS & BOCKIUS LLP
3    One Market, Spear Street Tower
     San Francisco, CA 94105-1126
4    Tel:    415.442.1000
     Fax:    415.442.1001
5    E-mail: djjohnson@morganlewis.com
     E-mail: rtautkus@morganlewis.com
6    E-mail: joseph.song@morganlewis.com

7    Attorneys for Defendants
     BIOSEARCH TECHNOLOGIES, INC. and
8    EUROFINS MWG OPERON INC.

9

10

11

12                UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16    LIFE TECHNOLOGIES CORPORATION,      Case No. C 12-00852 JSW (JCS)
     and APPLIED BIOSYSTEMS, LLC,
17                                **BIOSEARCH TECHNOLOGIES,**
               Plaintiffs,            **INC.'S ADMINISTRATIVE MOTION**
18                                **FOR LEAVE TO FILE UNDER SEAL**
             v.
19
     BIOSEARCH TECHNOLOGIES, INC., BIO-
20    SYNTHESIS, INC., and EUROFINS MWG
     OPERON INC.,
21
               Defendants.
22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23007053.1

BIOSEARCH'S ADMIN. MOTION FOR
LEAVE TO FILE UNDER SEAL
C 12-00852 JSW (JCS)

1    Pursuant to Civ. L.R. 7-11 and 79-5, Biosearch Technologies, Inc. ("Biosearch") requests

2    that Exhibits B, E, F, and G to the Declaration of Rita E. Tautkus in support of Biosearch's

3    Opposition to Plaintiffs' Motion for Sanctions ("Tautkus Sanctions Declaration") be sealed.

4    Exhibit B to the Tautkus Sanctions Declaration is an e-mail chain sent by Biosearch

5    employees Marc Beal and Ben Sowers, dated June 15, 2010.  Based on representations from

6    Plaintiffs Life Technologies, Inc. and Applied Biosystems, LLC (collectively, "Life Tech") that

7    the information contained in the e-mail chain is highly confidential to Life Tech, Biosearch

8    designated the e-mail chain as "Highly Confidential – Outside Counsels' Eyes Only" pursuant to

9    the Stipulated Amended Protective Order in this case (Docket No. 214).  Declaration of Rita E.

10   Tautkus in support of Biosearch's Administrative Motion to Seal ("Tautkus Sealing Decl.") ¶ 2.

11   The redacted portions to Exhibit B were withheld by Biosearch on the basis of attorney-client

12   privilege and the attorney-work product doctrine.

13   Exhibits E, F, and G to the Tautkus Sanctions Declaration are portions of the December 20,

14   2011 deposition testimonies of Ronald Cook, Ph.D. and Messrs. Sowers and Beal.  All three

15   depositions were designated by Life Tech as "Confidential" pursuant to the Stipulated Amended

16   Protective Order in this case (Docket No. 214).  Tautkus Sealing Decl. ¶ 3.

17   Accordingly, Biosearch requests that the Court issue a sealing order for Exhibits B, E, F,

18   and G of the Tautkus Sanctions Declaration.

19

20

21   Dated: March 12, 2012                         MORGAN, LEWIS & BOCKIUS LLP

22

23                                                 By  /s/ Rita E. Tautkus

24                                                 RITA E. TAUTKUS
                                                   Attorneys for Defendants
25                                                 BIOSEARCH TECHNOLOGIES, INC.
                                                   and EUROFINS MWG OPERON INC.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23007053.1

1