DANIEL JOHNSON, JR. (SBN 57409)
RITA E. TAUTKUS (SBN 162090)
JOSEPH SONG (SBN 239494)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:   415.442.1001
E-mail:  djjohnson@morganlewis.com
E-mail:  rtautkus@morganlewis.com
E-mail:  joseph.song@morganlewis.com

Attorneys for Defendants
BIOSEARCH TECHNOLOGIES, INC. and
EUROFINS MWG OPERON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>Defendants. | Case No. C 12-00852 JSW (JCS)<br><br>[~~PROPOSED~~] ORDER GRANTING BIOSEARCH TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23009302.1

[~~PROPOSED~~] ORDER GRANTING
BIOSEARCH'S ADMIN. MOTION FOR
LEAVE TO FILE UNDER SEAL
C 12-00852 JSW (JCS)

1  This Court, having considered Biosearch Technologies, Inc.'s ("Biosearch's")
2  Administrative Motion for Leave to File Under Seal and the Declaration of Rita E. Tautkus in
3  support of the Administrative Motion, hereby GRANTS Biosearch's Administrative Motion.
4  Exhibits B, E, F, and G to the Declaration of Rita E. Tautkus in Support of Biosearch's
5  Opposition to Plaintiffs' Motion for Sanctions shall be filed under seal.

7  IT IS SO ORDERED.

9  Dated: __March 13_____, 2012

10 THE HONORABLE JOSEPH C. SPERO
   MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23009302.1

1

[PROPOSED] ORDER GRANTING
BIOSEARCH'S ADMIN. MOTION FOR
LEAVE TO FILE UNDER SEAL
C 12-00852 JSW (JCS)