UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>BIOSEARCH TECHNOLOGIES INC,<br><br>　　　　Defendant(s).<br>_____/ | No. C 12-00852 JSW (JCS)<br><br>**ORDER DENYING AGREED MOTION FOR ENTRY OF ELECTRONIC DISCOVERY ORDER [Docket No. 144]; ORDER TO MEET AND CONFER AND FILE JOINT LETTER** |

　　　　IT IS HEREBY ORDERED that the Agreed Motion for Entry of Electronic Discovery Order (the "Motion") is DENIED for failure of counsel to adequately meet and confer.

　　　　IT IS HEREBY FURTHER ORDERED that not later than ten (10) calendar days from the date of this Order, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person** regarding the subject matter of the Motion in an effort to resolve the matter. Within five (5) calendar days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and its final proposed compromise on each issue.

　　　　IT IS SO ORDERED.

Dated: March 14, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge