UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>Defendants. | Case No. 3:12-cv-00852-JSW (JCS)<br><br>**[PROPOSED] ORDER DESIGNATING INFORMATION AS SEALABLE IN PART AND WITHDRAWING DESIGNATION OF CONFIDENTIALITY IN PART PURSUANT TO CIV. L.R. 79-5(d)** |

This Court, having considered the Declaration of Cora L. Schmid Pursuant to Civ. L.R. 79-5(d) Regarding Dkt. No. 272, the Court hereby orders that:

Exhibit B to the March 12, 2012 Declaration of Rita E. Tautkus in Support of Biosearch's Opposition to Plaintiffs' Motion for Sanctions shall remain sealed.

Exhibits E, F, and G to the March 12, 2012 Declaration of Rita E. Tautkus in Support of Biosearch's Opposition to Plaintiffs' Motion for Sanctions shall be made part of the public record.

1

2    IT IS SO ORDERED.

3

4    Dated: _____March 20_____, 2012

     _____
     THE HON. JOSEPH C. SPERO
     MAGISTRATE JUDGE

     [Signature: Judge Joseph C. Spero]
     [Seal: United States District Court, Northern District of California]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28