UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**CASE NUMBER:** CV 12-00852 JSW

**CASE TITLE:** LIFE TECHNOLOGIES CORPORATION-v-BIOSEARCH TECHNOLOGIES INC

## REASSIGNMENT ORDER
General Order 44, Sec.E.4.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the Honorable **WILLIAM ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the new initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: March 22, 2012

JEFFREY S. WHITE  
Transferring Judge

WILLIAM ALSUP  
Accepting Judge

New Case File Clerk:
    Copies to :    Courtroom Deputies  
                    Special Projects  
   Log Noted  
   Entered in computer

Transferring Case Systems Administrator:
    Copies to :    All Counsel  
                    Recipient (Accepting) CSA