United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION,
and APPLIED BIOSYSTEMS, LLC

        Plaintiffs,

  v.

BIOSEARCH TECHNOLOGIES INC.,
BIOSYNTHESIS, INC., and EUROFINS
MWG OPERON INC.

        Defendants.

_____/

No. C 12-00852 WHA

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, the Court **HEREBY REFERS** this matter to Magistrate Judge Joseph Spero for continued resolution of all discovery disputes, including issuing Reports and Recommendations if required under the circumstances, in this matter.

    **IT IS SO ORDERED.**

Dated:  March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE