IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>BIOSEARCH TECHNOLOGIES INC, BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>    Defendants. | No. C 12-00852 WHA<br><br>**ORDER REGARDING RENOTIFICATION OF MOTIONS AND TRIAL DATE** |

The Court has reviewed the parties' case management statement. The hearing on defendants' motion for reconsideration of the claim construction order will be held on **MAY 9 AT 1:30 P.M**. A tutorial for the Court (to be conducted by counsel only, not experts) shall be set for **APRIL 25 AT 1:30 P.M**. Each side will be limited to 45 minutes for the tutorial. The motion for amendment of infringement contentions must be renoticed on a 35-day calendar for hearing on a Thursday. Plaintiffs shall append proposed redline changes to the infringement contentions. The trial shall begin on **OCTOBER 22, 2012**. The remainder of the case management schedule will be discussed at the conference next week. Any objections to these dates must be promptly raised.

**IT IS SO ORDERED.**

Dated:   March 30, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE