DANIEL JOHNSON, JR. (SBN 57409)
RITA E. TAUTKUS (SBN 162090)
JOSEPH SONG (SBN 239494)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com
E-mail: joseph.song@morganlewis.com

Attorneys for Defendants
BIOSEARCH TECHNOLOGIES, INC. and
EUROFINS MWG OPERON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>Defendants. | Case No. C 12-00852 WHA (JCS)<br><br>**STATEMENT OF NONOPPOSITION TO MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL (DOCKET NO. 312)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23070092.1

STATEMENT OF NONOPP. TO MOTION
TO WITHDRAW AS PLTFS' COUNSEL
C 12-00852 WHA (JCS)

In accordance with Civil L.R. 7-3(b), Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc. hereby notify the Court that they do not oppose the Motion to Withdraw as Plaintiffs' Counsel (Docket No. 312) by Edward W. Goldstein, Alisa A. Lipski, and the law firm of Goldstein & Lipski, PLLC.

Dated: April 4, 2012               MORGAN, LEWIS & BOCKIUS LLP


                                   By /s/ Joseph Song
                                      Joseph Song

                                      Attorneys for Defendants
                                      BIOSEARCH TECHNOLOGIES, INC.
                                      and EUROFINS MWG OPERON INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23070092.1

1

STATEMENT OF NONOPP. TO MOTION
TO WITHDRAW AS PLTFS' COUNSEL
C 12-00852 WHA (JCS)