Edward W. Goldstein (Admitted *Pro Hac Vice*)
egoldstein@gliplaw.com
Alisa Anne Lipski (State Bar No. 278710)
alipski@gliplaw.com
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, TX  77027
Telephone:     (713) 877-1515
Facsimile:     (713) 877-1145

Cora L. Schmid (State Bar No. 237267)
cschmid@helixip.com
HELIXIP LLP
400 Seaport Court, Suite 105
Redwood City, CA  94063-2799
Telephone:     (650) 241-0194
Facsimile:     (650) 362-1802

Katherine Nolan-Stevaux (State Bar No. 244950)
katherine.nolan-stevaux@lifetech.com
LIFE TECHNOLOGIES CORP.
850 Lincoln Centre Drive
Foster City, CA  94404
Telephone:     (650) 554-3584
Facsimile:     (650) 554-2885

*Attorneys for Plaintiffs Life Technologies Corp.
and Applied Biosystems, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>    Defendants. | Case No.  3:12-cv-00852-WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL** |

1     Before the Court is the Motion to Withdraw under Local Rule 11-5 by Edward W. Goldstein, Alisa A. Lipski and the law firm of Goldstein & Lipski, PLLC from the representation of Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC (collectively "Life Tech") in this action. Finding that Life Tech does not oppose the withdrawal and that Life Tech remains represented by competent counsel in this case, the Court Grants counsel's Motion to Withdraw and Orders that as of this date, Edward W. Goldstein, Alisa A. Lipski and the law firm Goldstein & Lipski, PLLC may withdraw from the representation of Life Technologies Corporation and Applied Biosystems, LLC in the instant action.

IT IS SO ORDERED.

Dated: __April 4_____, 2012         _____
                                                                THE HONORABLE WILLIAM ALSUP
                                                                UNITED STATES DISTRICT JUDGE