UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  April 5, 2012                    Total Hearing Time: 30 minutes

Case No.  C12-00852 WHA

Title: LIFE TECHNOLOGIES CORP v.  BIOSEARCH TECHNOLOGIES, INC

Plaintiff Attorney(s): Brian Cannon; Cheryl Berry; Cora Schmid

Defense Attorney(s): Mark Dickson; Daniel Johnson; Rita Tautkus

Deputy Clerk:  Dawn Toland              Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)  CMC - HELD

2)  

Complete Initial Disclosures (Rule 26): 4/16/12

Discovery Cutoff: 7/31/12

Last Day to File Motion: 9/6/12


Continued to   **5/9/12 at 1:30 pm**   Claim Construction

Continued to   **4/25/12 at 1:30 pm**   for Tutorial

Continued to   **10/10/12 at 2:00 pm**   for Pretrial Conference

Continued to   **10/22/12 at 7:30 am**   for Trial

**ORDERED AFTER HEARING:**

Defendant can submit a tutorial cd to the Court.