**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION, et al.

    Plaintiffs,

  v.

BIOSEARCH TECHNOLOGIES INC, et al.

    Defendants.

No. C 12-00852 WHA

**ORDER FOR FILE WRAPPERS**

By **NOON ON APRIL 19**, plaintiffs shall lodge with the Court binders with all file wrappers for the patents in suit.

**IT IS SO ORDERED.**

Dated: April 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE