1  BRIAN C. CANNON (State Bar No. 193071)
   briancannon@quinnemanuel.com
2  CHERYL A. BERRY (State Bar No. 252262)
   cherylberry@quinnemanuel.com
3  QUINN EMANUEL URQUHART
        & SULLIVAN, LLP
4  555 Twin Dolphin Drive, Fifth Floor
   Redwood Shores, California  94065
5  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100

6  CORA L. SCHMID (State Bar No. 237267)
7  cschmid@helixip.com
   HELIXIP LLP
8  400 Seaport Court, Suite 105
   Redwood City, CA  94063-2799
9  Telephone:    (650) 241-0194
   Facsimile:    (650) 362-1802

10 KATHERINE NOLAN-STEVAUX
   (State Bar No. 244950)
11 katherine.nolan-stevaux@lifetech.com
   LIFE TECHNOLOGIES CORP.
12 850 Lincoln Centre Drive
   Foster City, CA  94404
13 Telephone:   (650) 554-3584
   Facsimile:   (650) 554-2885
14
   *Attorneys for Plaintiffs Life Technologies Corp.*
15 *and Applied Biosystems, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, <br><br> Plaintiffs, <br> v. <br> BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC., <br><br> Defendants. | Case No.  3:12-cv-00852-WHA (JCS) <br><br> **RE-NOTICE OF MOTION FOR PLAINTIFFS' MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** <br><br> **Date:**     May 24, 2012 <br> **Time:**    2:00 p.m. <br> **Place:**   Courtroom 8, 19th Floor <br> **Judge:**  Hon. William H. Alsup |

Pursuant to the Court's order of March 30, 2012 (Dkt. 315) ordering that "The motion for amendment of infringement contentions must be renoticed on a 35-day calendar for hearing on a Thursday," please take notice that on May 24, 2012, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Northern District of California, San Francisco Division, Courtroom 8—19th Floor, located at 450 Golden Gate Avenue, San Francisco, California 94102, and before the Honorable William H. Alsup, Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC, will move this Court for leave to amend Plaintiff's Infringement Contentions. Plaintiffs' Motion for Leave to Amend Infringement Contentions is based on this Notice, the Joint Letter to Magistrate Judge Spero Concerning Plaintiff's Motion for Leave to Amend Infringement Contentions (Dkt. 309), all pleadings and records in this action, all other presented matters for which judicial notice may be taken, and any other matters presented to the Court or any additional evidence that the Court deems appropriate.

Dated: April 19, 2012 /s/ Cheryl A. Berry

BRIAN C. CANNON (State Bar No. 193071)
briancannon@quinnemanuel.com
CHERYL A. BERRY (State Bar No. 252262)
cherylberry@quinnemanuel.com
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

CORA L. SCHMID (State Bar No. 237267)
cschmid@helixip.com
HELIXIP LLP
400 Seaport Court, Suite 105
Redwood City, CA 94063-2799
Telephone: (650) 241-0194
Facsimile: (650) 362-1802

KATHERINE NOLAN-STEVAUX
(State Bar No. 244950)
katherine.nolan-stevaux@lifetech.com
LIFE TECHNOLOGIES CORP.
850 Lincoln Centre Drive
Foster City, CA 94404
Telephone: (650) 554-3584
Facsimile: (650) 554-2885
*Attorneys for Plaintiffs Life Technologies Corp. and Applied Biosystems, LLC*