IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORP., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.: C-12-00852 WHA (JCS)<br><br>**ORDER RE: JOINT LETTER ON DISCOVERY DISPUTE [Dkt. No. 321]** |

On March 28, 2012, the parties filed a Joint Letter Brief regarding a dispute over the scope of search terms for electronic discovery. On April 27, 2012, a hearing was held. For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT:

1. Defendants shall not be required to conduct searches 13-15 related to party names.

2. All parties shall conduct searches 27-70 related to validity issues.

3. All parties shall conduct search 71 related to infringement.

1    4.  Defendants shall not be required to conduct searches 73-74 related to damages.

2    IT IS SO ORDERED.

Dated: May 1, 2012

_____

JOSEPH C. SPERO

United States Magistrate Judge