United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION
and APPLIED BIOSYSTEMS LLC,

    Plaintiffs,

  v.

BIOSEARCH TECHNOLOGIES, INC.,
BIO-SYNTHESIS, INC., EUROFINS
MWG OPERON INC.,

    Defendants.
_____/

No. C 12-00852 WHA

**ORDER GRANTING
MOTION TO SEAL
(Dkt. No. 342)**

Plaintiffs move to seal proprietary information disclosed to them by defendants. Plaintiffs have submitted a supporting declaration with this motion (Dkt. No. 342 Exh. A "Berry Decl."). The materials sought to be filed under seal contain sensitive, non-public customer lists. Public disclosure of these lists would cause harm to defendants and place them at a competitive disadvantage. Plaintiffs' request is accordingly **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 7, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE