| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| | Don P. Martin (AZ Bar No. 004232) (*pro hac vice*) |
| 2 | don.martin@quarles.com |
| | John Maston O'Neal (AZ Bar No. 015945) (*pro hac vice*) |
| 3 | jone.oneal@quarles.com |
| | Michael S. Catlett (AZ Bar No. 025238) (*pro hac vice*) |
| 4 | michael.catlett@quarles.com |
| | Renaissance One, Two North Central Avenue |
| 5 | Phoenix, Arizona 85004-2391 |
| | Telephone:   602-229-5200 |
| 6 | Facsimile:   602-229-5690 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 8 | Including Professional Corporations |
| | ROBERT J. STUMPF, JR., SBN 72851 |
| 9 | rstumpf@sheppardmullin.com |
| | Four Embarcadero Center, 17th Floor |
| 10 | San Francisco, California 94111-4109 |
| | Telephone:   415-434-9100 |
| 11 | Facsimile:   415-434-3947 |
| 12 | Attorneys for Plaintiff AmTrust Bank |
| 13 | McKENNA LONG & ALDRIDGE LLP |
| | Jeffrey L. Fillerup, SBN 120543 |
| 14 | jfillerup@mckennalong.com |
| | Jennifer C. Hayes, SBN 197252 |
| 15 | jhayes@mckennalong.com |
| | Rincon Center II, 121 Spear Street, Suite 200 |
| 16 | San Francisco, California 94105-1582 |
| | Telephone No.: 415-356-4600 |
| 17 | Facsimile: 415-356-4610 |
| 18 | Attorneys for Defendant |
| | Pacific Coast Bankers' Bancshares |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 22 | AmTrust Bank, a division of New York Community Bank, | Case No. 3:11-cv-04847-WHA |
| 23 | | The Hon. William Alsup |
| 24 | Plaintiff, | **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE, AND ORDER THEREON** |
| 25 | v. | |
| 26 | Pacific Coast Bankers' Bancshares d/b/a Bankers Loan Processing, | |
| 27 | | |
| 28 | Defendant. | |

1
STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE, AND ORDER THEREON

Plaintiff AmTrust Bank, a division of New York Community Bank ("AmTrust Bank"), by and through its counsel of record, Don P. Martin of Quarles & Brady LLP, and Defendant Pacific Coast Bankers' Bancshares, by and through its counsel of record, Jeffrey L. Fillerup of McKenna, Long & Aldridge, LLP (collectively "the Parties"), hereby stipulate to the dismissal of this case, as follows: (1) based on the Parties' settlement, the Parties stipulate to the Court's entry of an Order dismissing AmTrust Bank's Complaint in this case with prejudice pursuant to Federal Rule of Civil Procedure 41; (2) each party shall pay its own costs and attorney's fees; (3) the settlement shall be according to the terms and conditions set forth in the written settlement agreement between the Parties; and (4) subject to the terms of the settlement, there are no further issues between the parties relating to the subject of this case, and the case may be dismissed and closed.

DATED: 5/4/12           QUARLES & BRADY LLP


By: _____
Don P. Martin
Michael S. Catlett
Attorneys for Plaintiff AmTrust Bank


DATED: 5/4/12           McKENNA LONG & ALDRIDGE LLP


By: _____
Jeffrey L. Fillerup
Attorneys for Defendant Pacific Coast Bankers' Bancshares

### ORDER

Based on the foregoing Stipulation and for good cause appearing,

IT IS HEREBY ORDERED, as follows:

1.  AmTrust Bank's Complaint is dismissed with prejudice according to Federal Rule

2
STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE, AND ORDER THEREON

1 | of Civil Procedure 41;
2 |     2.    Each party shall pay its own costs and attorney's fees;
3 |     3.    The settlement shall be according to the terms and conditions set forth in the
4 | written settlement agreement between the Parties; and
5 |     4.    Subject to the terms of the Parties' settlement, there are no further issues between
6 | the Parties relating to the subject of this case, and the case shall be dismissed and closed.

DATED: May 7, 2012.

_____
William H. Alsup
United States District Judge