1  BRIAN C. CANNON (State Bar No. 193071)
   briancannon@quinnemanuel.com
2  CHERYL A. BERRY (State Bar No. 252262)
   cherylberry@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, Fifth Floor
4  Redwood Shores, CA  94065
   Telephone:     (650) 801-5000
5  Facsimile:      (650) 801-5100

6  CORA L. SCHMID (State Bar No. 237267)
   cschmid@helixip.com
7  HELIXIP LLP
   400 Seaport Court, Suite 105
8  Redwood City, CA  94063-2799
   Telephone:     (650) 241-0194
9  Facsimile:      (650) 362-1802

10 Katherine Nolan-Stevaux (State Bar No. 244950)
   katherine.nolan-stevaux@lifetech.com
11 LIFE TECHNOLOGIES CORP.
   850 Lincoln Centre Drive
12 Foster City, CA  94404
   Telephone:     (650) 554-3584
13 Facsimile:      (650) 554-2885

14 *Attorneys for Plaintiffs Life Technologies Corp.*
   *and Applied Biosystems, LLC*

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19

20 LIFE TECHNOLOGIES CORPORATION,            Case No.  3:12-cv-00852-JSW
   and APPLIED BIOSYSTEMS, LLC,
21                                            **[PROPOSED] ORDER GRANTING**
                                             **PLAINTIFFS' MOTION TO**
22             Plaintiffs,                   **WITHDRAW COUNSEL VINSON &**
                                             **ELKINS LLP**
23         v.

24

25 BIOSEARCH TECHNOLOGIES, INC.,
   BIO-SYNTHESIS, INC., and
26 EUROFINS MWG OPERON INC.,

27             Defendants.

28

Before the Court is Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC's (collectively "Life Tech's") Motion to Withdraw Vinson & Elkins LLP as counsel of record in this action under Local Rule 11-5.

Finding that Life Tech remains represented by competent counsel in this case, the Court grants Life Tech's Motion to Withdraw and Orders that as of this date, Vinson & Elkins LLP may withdraw from the representation of Life Technologies Corporation and Applied Biosystems, LLC in the instant action, and that Vinson & Elkins LLP shall be removed from the official service list in this case.

IT IS SO ORDERED.

Dated: _____May 8_____, 2012

_____
William Alsup
United States District Judge

[PROPOSED] ORDER GRANTING LIFE
TECH'S MOTION TO WITHDRAW COUNSEL
CASE NO. 3:12-cv-00852-WHA (JCS)