**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION
and APPLIED BIOSYSTEMS LLC,

    Plaintiffs,

  v.

BIOSEARCH TECHNOLOGIES, INC.,
BIO-SYNTHESIS, INC., EUROFINS
MWG OPERON INC.,

    Defendants.
                                     /

No. C 12-00852 WHA

**ORDER DENYING
MOTION TO SEAL
(Dkt. No. 318)**

      Defendants move to seal information contained in their motion for summary judgment, but do not state why the information is sensitive, or why public disclosure would result in competitive harm. Defendants also move to seal portions of Dr. Kramer's declaration filed in support of their motion for summary judgment which quotes information that has been designated as "highly confidential" by plaintiffs. Pursuant to Local Rule 79-5(d), a declaration must be filed by the party who designated the information as confidential — in this instance, plaintiffs. They have not. For the same reason, defendants' motion to seal "Confidential Exhibit 13" to the supporting declaration of Dr. Livak also fails. Therefore, defendants' motion to file under seal is **DENIED**.

      **IT IS SO ORDERED.**

Dated: May 10, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE