DANIEL JOHNSON, JR. (SBN 57409)
RITA E. TAUTKUS (SBN 162090)
RACHAEL M. WALSH (SBN 260568)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415.442.1000
Fax:    415.442.1001
E-mail:  djjohnson@morganlewis.com
E-mail:  rtautkus@morganlewis.com
E-mail:  rwalsh@morganlewis.com

Attorneys for Defendants
*BIOSEARCH TECHNOLOGIES, INC.*
*and EUROFINS MWG OPERON INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>Defendants. | Case No. C 12-00852 WHA (JCS)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT BIOSEARCH TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE AND OBJECTIONS TO THE AFFIDAVIT OF BRIAN CANNON REGARDING FEES AND EXPENSES |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23166565.1

1

[~~PROPOSED~~] ORDER GRANTING DEF. BIOSEARCH'S` MOTION TO SEAL RESP. AND OBJ. TO B. CANNON AFFIDAVIT
C 12-00852 WHA (JCS)

1  This Court, having considered Defendant Biosearch Technologies, Inc.'s ("Biosearch")
2  Administrative Motion for Leave to File Under Seal Response and Objections to the Affidavit of
3  Brian Cannon Regarding Fees and Expenses, and the Declaration of Rita E. Tautkus in Support of
4  the Administrative Motion, hereby GRANTS Biosearch's Administrative Motion.
5  The Defendant Biosearch Technologies, Inc.'s Response and Objections to the Affidavit
6  of Brian Cannon Regarding Fees and Expenses Incurred as a Result of Defendants' Disclosure of
7  Confidential Information shall be filed under seal.
8  IT IS SO ORDERED.

Dated: 5/14, 2012

THE HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23166565.1

2

[PROPOSED] ORDER GRANTING DEF.
BIOSEARCH'S` MOTION TO SEAL RESP.
AND OBJ. TO B. CANNON AFFIDAVIT
C 12-00852 WHA (JCS)