**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, | No. C 12-00852 WHA (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| BIOSEARCH TECHNOLOGIES INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a discovery hearing on the Joint Letter Concerning Further Deposition Testimony of Dr. Kenneth Livak, [docket no. 388] has been set for **June 1, 2012, at 9:30 a.m.,** before Magistrate Judge Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: May 15, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy