UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION

    Plaintiff(s),

v.

BIOSEARCH TECHNOLOGIES INC

    Defendant(s).
_____/

No. 12-00852 (EDL)

ATTENDANCE OF SETTLEMENT CONFERENCE BY TELEPHONE

    Pursuant to the request of counsel for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC, Alan Hammond, Life Technologies Corporation's Head of Intellectual Property, may attend the settlement conference on July 20, 2012, by telephone. He must be available for the duration of the conference.

    If the court concludes that the absence of Mr. Hammond is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Hammond.

Dated: July 18, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Settle.Tel