QUINN EMANUEL URQUHART & SULLIVAN, LLP
Brian C. Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
Cheryl Berry (Bar No. 252262)
cherylberry@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Cora L. Schmid (Bar No. 237267)
cschmid@helixip.com
HELIXIP LLP
400 Seaport Court, Suite 105
Redwood City, CA 94063-2799
Telephone: (650) 241-0194
Facsimile: (650) 362-1802

Katherine Nolan-Stevaux (Bar No. 244950)
katherine.nolan-stevaux@lifetech.com
LIFE TECHNOLOGIES CORP.
850 Lincoln Centre Drive
Foster City, CA 94404
Telephone: (650) 554-3584
Facsimile: (650) 554-2885

*Attorneys for Plaintiffs Life Technologies Corp.
and Applied Biosystems, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.<br><br>Defendants. | **Case No. 3:12-cv-00852-WHA**<br><br>**STIPULATION TO EXTEND TIME TO SERVE EXPERT REPORTS** |

Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC and defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc., hereby stipulate through their respective counsel of record as follows:

WHEREAS, the close of discovery is July 31, 2012; and

WHEREAS, the date for the service of expert reports is July 31, 2012; and

WHEREAS, due to witness schedules depositions are occurring up to and including July 31, 2012; and

WHEREAS, to ensure the orderly completion of discovery and sufficient time to incorporate this discovery into their expert reports, the parties, through their respective counsel of record, have agreed to extend the time by which parties may serve each set of expert reports by three days, without changing or affecting any other deadlines including summary judgment and trial, which is set for October 22, 2012;

IT IS HEREBY STIPULATED by and between the parties hereto that

- Opening expert reports shall be served on August 3, 2012;
- Rebuttal expert reports shall be served on August 17, 2012;
- Reply expert reports, if any, shall be served on August 24, 2012;
- Expert discovery shall close on August 31, 2012;
- All other dates shall remain unchanged.

Dated: July 27, 2012

BRIAN CANNON
DAVID EISMAN
CHERYL BERRY
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Brian Cannon
    Brian Cannon

Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC

Dated: July 27, 2012

PAUL F. KIRSCH
JAMES ROBINSON
SHOPOFF CAVALLO & KIRSCH LLP
BRIAN A. E. SMITH
MATTHEW GREINERT
CHRISTINA FINN
TIM CLAUSEN
BUNSOW, DE MORY, SMITH & ALLISON LLP

By: /s/ Paul F. Kirsch

Attorneys for Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon, Inc.

**ATTESTATION OF CONCURRENCE**

I, Brian Cannon, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO SERVE EXPERT REPORTS. In compliance with General Order 45, X.B., I hereby attest that Paul Kirsch has concurred in this filing.

Dated: July 27, 2012

By: /s/ Brian Cannon
    Brian Cannon

C

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 31, 2012          By: /s/ William H. Alsup

The Honorable William H. Alsup
United States District Court Judge