IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, | No. C -12-00852(EDL) |
| Plaintiff, | **ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| BIOSEARCH TECHNOLOGIES INC., et al., | |
| Defendants. | |

At the request of counsel, a settlement conference will be held on Monday, September 24 at 1:30 p.m. with Magistrate Judge Elizabeth Laporte. As set forth in Judge Laporte's Settlement Conference Order, "lead trial counsel shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case." Eurofins is Ordered to comply with this Order by bringing a business person of a higher level than the individual who has attended previous settlement conferences on behalf of Eurofins.

IT IS SO ORDERED.

Dated: September 19, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge