UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES INC., BIOSYNTHESIS, INC., and EUROFINS MWG OPERON, INC.,<br><br>Defendants. | Case No. C 12-00852 WHA (JCS)<br><br>**ORDER RE REQUEST FOR ATTORNEYS' FEES AND COSTS**<br><br>**[Docket No. 373]** |

Plaintiffs Life Tech Technologies Corporation and Applied Biosystems LLC (collectively, "Life Tech") filed a motion for Sanctions for Violation of a Protective Order (the "Motion"), alleging that two of Defendant Biosearch Technologies, Inc.'s ("Biosearch") attorneys at Morgan, Lewis & Brockius LLP violated multiple court orders. A hearing was held on the Motion on Friday, April 27, 2012, at 9:00 am, and the Motion was granted in part for sanctions in the form of reasonable attorneys' fees and costs. *See* Order Granting in Part and Denying in Part Plaintiff's Motion for Sanctions ("Order") at 19. Following the Order, Life Tech submitted declarations supporting its request for attorneys' fees and costs; Biosearch filed objections to the reasonableness of those fees and costs in response. *See* Dkt. Nos. 373, 386.

On September 18, 2012, Judge Alsup, by stipulation of the parties, ordered that "the claims of Life against [Biosearch] and the counterclaims of [Biosearch] against Life in this lawsuit are dismissed without prejudice. . . . Life and [Biosearch] bear their own attorneys' fees and costs incurred in connection with the prosecution and defense of this lawsuit." Order Dismissing

Biosearch, Dkt. No. 435. In light of this order, Life Tech's request for attorneys' fees and costs is denied without prejudice.

IT IS SO ORDERED

Dated: October 2, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge