United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>BIOSEARCH TECHNOLOGIES INC,<br>BIO-SYNTHESIS, INC., and<br>EUROFINS MWG OPERON INC.,<br><br>  Defendants.<br>  / | No. C 12-00852 WHA<br><br>**ORDER DISMISSING CLAIMS AGAINST BIO-SYNTHESIS AND CLOSING ACTION** |

The stipulated dismissal between plaintiff Life Technologies Corporation and defendant Bio-Synthesis, Inc. is **GRANTED**.  The clerk shall close this case.

**IT IS SO ORDERED.**

Dated: October 3, 2012.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE